Argued and submitted October 26, 2010, award of attorney fees under ORS 656.382(2) (assessed attorney fees) reversed; otherwise affirmed April 6, 2011

In the Matter of the Compensation of
Patricia G. Haley, Claimant.

SAIF CORPORATION
and Oregon Dental Care,
*Petitioners,*

*v.*

Patricia G. HALEY,
*Respondent.*

Workers' Compensation Board
0805156; A143176

252 P3d 357

Julene M. Quinn argued the cause for petitioners. On the briefs was David L. Runner.

Christopher D. Moore argued the cause for respondent. With him on the brief was Malagon, Moore & Jensen.

Before Schuman, Presiding Judge, and Wollheim, Judge, and Rosenblum, Judge.

PER CURIAM